UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

—————————————————X
                                    :

SHELDON JACKSON, on behalf of himself and :
all others similarly situated,                    :
                                      :

           Plaintiff,              :   2:21:cv-13270-CCC-JSA
                                      :

vs.                                  :   **CONSENT ORDER**
                                      :

CREDIT COLLECTION SERVICES, INC.,,    :
                                      :

           Defendant.            :
                                      :
                                      :
—————————————————X

      WHEREAS, in light of the recent United States Supreme Court decision in <u>Transunion, LLC v. Ramirez</u>, 141 S. Ct. 2190 (2021) which addressed what constitutes concrete injury for purposes of Article III standing for cases such as the present one, and;

      WHEREAS, it appears to both the parties and the Court, that in light of and as a result of the <u>Transunion</u> decision, that Plaintiff lacks Article III standing to proceed with the case in this Court.

      **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties, and the Court hereto, that:

1.      This Court lacks Article III subject matter jurisdiction to continue on and hear this matter as a result of the recent Transunion decision; and

2.      Plaintiff's Complaint shall be dismissed, without prejudice, for lack of Article III Standing.


**LAWRENCE C. HERSH, ESQUIRE**

By: /s/ Lawrence C. Hersh
    Lawrence C. Hersh, Esquire
    *Attorney for Plaintiff and all others Similarly situated*

Dated: September 30, 2022

**GORDON REES SCULLY MANSUKHANI**

By: /s/ Andrew M. Schwartz
    Andrew M. Schwartz, Esq.
    *Attorneys for Defendant*

Dated: September 30, 2022


**BY THE COURT:**

**IT IS SO ORDERED:**
 Date: 10/7/2022

_____
    HON. CLAIRE C. CECCHI, U.S.D.J.

2